1  FERMIN H. LLAGUNO, Bar No. 185222
   MARIA R. HARRINGTON, Bar No. 201901
2  LITTLER MENDELSON
   A Professional Corporation
3  2050 Main Street
   Suite 900
4  Irvine, CA 92614
   Telephone: 949.705.3000
5  Facsimile: 949.724.1201

6  Attorneys for Defendant
   PITNEY BOWES INC.
7



8               UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10 JOHN C. SIEGMAN, an individual,      Case No.

11          Plaintiff,                  **PROOF OF SERVICE**

12     v.
                                        '08 cv 0842 JM BLM
13 PITNEY BOWES INC., a Delaware
   corporation doing business as Pitney
14 Bowes Group 1 Software, and DOES 1
   through 20, inclusive,
15
            Defendants.
16

17          I am a resident of the State of California, over the age of eighteen years, and not a

18 party to the within action. My business address is 2050 Main Street, Ste. 900, Irvine, California

19 92614. On May 9, 2008, I served the within document(s):

20     NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE
   COURT PURSUANT TO 28 U.S.C. SECTIONS 1332(a)(1), 1441 and 1446;
21
       CIVIL COVER SHEET;
22
       NOTICE OF RELATED CASES;
23
       NOTICE TO STATE COURT AND ADVERSE PARTIES OF REMOVAL TO FEDERAL
24 COURT;

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

PROOF OF SERVICE



☐ by facsimile transmission at or about _____ on that date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number 310.553.5583. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached. The names and facsimile numbers of the person(s) served are as set forth below.

☒ by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Los Angeles, California addressed as set forth below.

☐ by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

☐ by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

Bruckner & Walker
William L. Bruckner
Charles F. Walker
4550 Kearny Villa Road, Ste. 209
San Diego, CA 92123

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on May 9, 2008, at Irvine, California.

_____
Jeannine R. Watson

Firmwide:85155571.1 015331.1169

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA 92614
949 705 3000

PROOF OF SERVICE                                    2.