

1  FERMIN H. LLAGUNO, Bar No. 185222
   MARIA R. HARRINGTON, Bar No. 201901
2  LITTLER MENDELSON
   A Professional Corporation
3  2050 Main Street
   Suite 900
4  Irvine, CA 92614
   Telephone:  949.705.3000
5  Facsimile:  949.724.1201

6  Attorneys for Defendant
   PITNEY BOWES INC.

7

8                UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10 | JOHN C. SIEGMAN, an individual,    | Case No.
11 |            Plaintiff,              | NOTICE OF RELATED CASES
12 |     v.                             |
13 | PITNEY BOWES INC., a Delaware      | '08 CV 0842 JM BLM
   | corporation doing business as Pitney|
14 | Bowes Group 1 Software, and DOES 1 |
   | through 20, inclusive,             |
15 |                                    |
   |            Defendants.             |
16

NOTICE OF RELATED CASES
FIRMWIDE:85093154.1 015331.1169

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

ORIGINAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

Pursuant to Southern District of California Local Rule 40.1(f), Defendant Pitney Bowes Inc. ("Defendant") hereby avers that, to its knowledge, no action previously filed or currently pending in the Southern District appears to arise from the same or substantially identical transactions, happenings or events as those alleged in Plaintiff John C. Siegman's pending lawsuit.

To Defendant's knowledge, no action previously filed or currently pending in the Southern District appears to call for determination of the same or substantially identical questions of law and fact or will entail substantial duplication of labor if heard by different judges.

Dated: May 9, 2008

_____
FERMIN H. LLAGUNO
MARIA R. HARRINGTON
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
PITNEY BOWES INC.

LITTLER MENDELSON
A Professional Corporation
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

NOTICE OF RELATED CASES
FIRMWIDE:85093154.1 015331.1169

2.