BRUCKNER & WALKER, LLP
William L. Bruckner SBN 132677
Charles F. Walker SBN 175852
4550 Kearny Villa Road, Suite 209
San Diego, California 92123
(858) 565-8300 telephone
(858) 565-0813 telecopier

Attorneys for Plaintiff, John C. Siegman

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. SIEGMAN, an individual, | Case No. 08cv0842-JM (BLM) |
| Plaintiff, | |
| v. | PLAINTIFF'S DEMAND FOR JURY TRIAL |
| PITNEY BOWES INC., a Delaware corporation doing business as Pitney Bowes Group 1 Software, and DOES 1 through 20, inclusive, | |
| Defendants. | |

COMES NOW Plaintiff, JOHN C. SIEGMAN and as demanded in his Complaint in this action, and pursuant to Fed. R. Civ. P. 38(b) and CivLR 38.1, hereby demands trial by jury.

Dated: May 19, 2008                              BRUCKNER & WALKER, LLP


                                                By:   /s/ William L. Bruckner
                                                      William L. Bruckner
                                                      Attorneys for Plaintiff, John C. Siegman

1

PLAINTIFF'S DEMAND FOR JURY TRIAL