# CERTIFICATE OF SERVICE
## Case No. 08 CV 0842-JM (BLM)

I hereby certify that on May 19, 2008 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Maria R Harrington.

_____
Tiffany Adams

-1-

Certificate of Service