UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. SIEGMAN, an individual, ) | Case No. 08cv0842-JM (BLM) |
| Plaintiff, ) | **ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE SETTING** |
| v. ) | **CASE MANAGEMENT CONFERENCE** |
| PITNEY BOWES INC., a Delaware corporation doing business as Pitney Bowes Group 1 Software, and DOES 1 through 20, inclusive, ) | |
| Defendants. ) | |

On June 16, 2008, the Court convened an Early Neutral Evaluation Conference. The parties made significant progress towards settlement. In order to assess the progress of the parties' ongoing discussions, the Court finds it appropriate to set a **telephonic, attorneys-only** Case Management Conference for **July 7, 2008** at **9:15 a.m.** The Court will initiate the call. Failure to participate may result in the imposition of sanctions.

**IT IS SO ORDERED.**

DATED: June 17, 2008

*Barbara L. Major*

BARBARA L. MAJOR
United States Magistrate Judge

08cv0842-JM (BLM)

1  COPY TO:

2  HONORABLE JEFFREY T. MILLER
   U.S. DISTRICT JUDGE
3
   ALL COUNSEL
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28