BRUCKNER & WALKER LLP
William L. Bruckner SBN 132677
Charles F. Walker SBN 175852
4550 Kearny Villa Road, Suite 209
San Diego, California 92123
(858) 565-8300 telephone
(858) 565-0813 telecopier
cfw1234@aol.com
Attorneys for John C. Siegman

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. SIEGMAN, an individual, | Case No. 08cv0842-JM (BLM) |
| Plaintiff, | STIPULATION ALLOWING PLAINTIFF TO AMEND HIS COMPLAINT |
| v. | |
| PITNEY BOWES INC., a Delaware corporation doing business as Pitney Bowes Group 1 Software, and DOES 1 through 20, inclusive, | |
| Defendants. | |

Plaintiff JOHN C. SIEGMAN ("SIEGMAN") and defendant PITNEY BOWES INC., ("PITNEY BOWES") by and through their respective attorneys of record, hereby stipulate that:

1. On April 8, 2008 SIEGMAN filed his complaint for alleged breach of employment contract in Superior Court, San Diego County, California.

2. On May 9, 2008 PITNEY BOWES answered the complaint and removed the case to Federal Court.

3. On June 3, 2008 the parties exchanged Rule 26 Initial Disclosures.

STIPULATION ALLOWING PLAINTIFF TO AMEND HIS COMPLAINT

1

4. On June 16, 2008, the parties attended the Early Neutral Evaluation meeting ("ENE") with the honorable Barbara L. Major presiding.

5. SIEGMAN desires to amend his complaint to set forth other causes of action.

6. At the ENE, the parties and counsel discussed SIEGMAN's desire to amend his complaint. The parties informally agreed to allow SIEGMAN to amend his complaint without the necessity of a formal motion.

7. SIEGMAN and PITNEY BOWES believe that it is necessary and proper to avoid the consumption of judicial resources and attorneys' fees associated with a Motion to Amend the Complaint, responsive papers and hearing on the matter.

8. SIEGMAN and PITNEY BOWES stipulate that SIEGMAN should be allowed to amend his complaint without the necessity of filing motion papers with the Court and that SIEGMAN shall be allowed to file his First Amended Complaint within 20 calendar days after entry of the Court's Order herein below.

9. PITNEY BOWES reserves its rights under the Federal Rules to challenge the allegations in the First Amended Complaint. PITNEY BOWES is not conceding that the First Amended Complaint has merit. The First Amended Complaint will be filed under separate cover and it is not attached as a part of this stipulation.

10. Service and responses to the First Amended Complaint are to be in accordance with provisions of the code, rules of court and law.

This stipulation may be executed in counterparts and facsimile signatures are acceptable in lieu of originals. IT IS SO STIPULATED.

                                                               Respectfully submitted,

DATED: June 25, 2008              BRUCKNER & WALKER LLP

                                                               /s/ Charles F. Walker
                                                              Charles F. Walker
                                                              Attorneys for John C. Siegman

| | |
|---|---|
| 1  Dated: June 25, 2008 | LITTLER MENDELSON APC |
| 2 | |
| 3 | |
| 4 | _____ |
| 5 | Fermin H. Llaguno |
|   | Attorneys for PITNEY BOWES INC. |

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION ALLOWING PLAINTIFF TO AMEND HIS COMPLAINT;
[PROPOSED] ORDER THEREON

3

**CERTIFICATE OF SERVICE**
Case No. 08 CV 0842-JM (BLM)

I hereby certify that on June 25, 2008 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Maria R Harrington.

_____
Tiffany Adams

-1-

Certificate of Service