UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. SIEGMAN, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>PITNEY BOWES INC., a Delaware corporation doing business as Pitney Bowes Group 1 Software, and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 08cv0842-JM (BLM)<br><br>ORDER ALLOWING PLAINTIFF TO AMEND HIS COMPLAINT |

**<u>ORDER</u>**

BASED UPON the foregoing stipulation of counsel and GOOD CAUSE being found, it is hereby ORDERED that Plaintiff JOHN C. SIEGMAN shall be allowed to file a First Amended Complaint within 20 calendar days from entry of this Order.   The terms of the foregoing stipulation are made a part of this Order.

IT IS SO ORDERED.

Dated: June 26, 2008

Jeffery Miller
United States District Court Judge

ORDER ALLOWING PLAINTIFF TO AMEND HIS COMPLAINT

1