UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. SIEGMAN, an individual, | Case No. 08cv0842-JM (BLM) |
| Plaintiff, | **ORDER SETTING SECOND CASE MANAGEMENT CONFERENCE** |
| v. | |
| PITNEY BOWES INC., a Delaware corporation doing business as Pitney Bowes Group 1 Software, and DOES 1 through 20, inclusive, | |
| Defendants. | |

On July 7, 2008, the Court held a telephonic, attorneys-only Case Management Conference. Having conferred with counsel regarding the status of settlement discussions, the Court finds it appropriate to set a second <u>telephonic, attorneys-only</u> Case Management Conference for **July 24, 2008** at **9:00 a.m.** The Court will initiate the call. Failure to participate may result in the imposition of sanctions.

**IT IS SO ORDERED.**

DATED: July 7, 2008

BARBARA L. MAJOR
United States Magistrate Judge

08cv0842-JM (BLM)

COPY TO:

HONORABLE JEFFREY T. MILLER
U.S. DISTRICT JUDGE

ALL COUNSEL