1    FERMIN H. LLAGUNO, Bar No. 185222
     MARIA R. HARRINGTON, Bar No. 201901
2    LITTLER MENDELSON
     A Professional Corporation
3    2050 Main Street
     Suite 900
4    Irvine, CA  92614
     Telephone:    949.705.3000
5    Facsimile:    949.724.1201

6    Attorneys for Defendant
     PITNEY BOWES INC.

7

8                  UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10   JOHN C. SIEGMAN, an individual,      Case No.  08cv0842-JM (BLM)

11            Plaintiff,      **DEFENDANT PITNEY BOWES INC.'S**
                                  **ANSWER TO FIRST AMENDED**
12       v.                        **COMPLAINT FOR DAMAGES**

13   PITNEY BOWES INC., a Delaware
     corporation doing business as Pitney
14   Bowes Group 1 Software, and DOES 1
     through 20, inclusive,
15

16            Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA  92614
949.705.3000

DEFENDANT'S ANSWER TO FIRST
AMENDED COMPLAINT
FIRMWIDE:85819933.1 015331.1169                          Case No. 08cv0842-JM (BLM)

Defendant Pitney Bowes Inc. ("Defendant"), for itself alone, answers Plaintiff's First Amended Complaint for Damages, as follows:

1.    Defendant admits that this action is a civil action wherein this Court has original jurisdiction based on diversity of citizenship pursuant to 28 U.S.C. section 1332(a)(1) and the removal of this action by Defendant under 28 U.S.C. section 1441(a). Defendant further admits that venue is proper in this Court pursuant to 28 U.S.C. sections 84(d), 1391 and 1446.

2.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 2, and on that basis denies such averments.

3.    Defendant admits that it is (1) a corporation formed in the state of Delaware; (2) authorized to transact business in the state of California with corporation license number C0186264; and (3) doing business in the County of San Diego.

4.    Defendant incorporates its responses to Paragraphs 1 through 3.

5.    Defendant admits that in 2007, Group 1 Software, Inc. employed Plaintiff as Vice President of Centrus Sagent Sales. Defendant further admits that in 2007, Plaintiff was paid a salary plus commission based upon a certain percentage of his dollar volume of software and related sales. Except as expressly admitted, Defendant denies the remaining averments contained in Paragraph 5.

6.    Defendant denies the averments contained in Paragraph 6.

7.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 7, and on that basis denies such averments.

8.    Defendant admits that during 2007, Group 1 Software, Inc.'s payroll department sent documents to Plaintiff. Defendant lacks knowledge or information sufficient to form a belief as to the truth of whether Plaintiff reviewed such documents, and on that basis denies this averment. Defendant further admits that in February 2008, Group 1 Software, Inc. paid Plaintiff $79,523.38, and Plaintiff inquired with Group 1 Software, Inc. about the amount of this payment. Except as expressly admitted, Defendant denies the remaining averments contained in Paragraph 8.

9.    Defendant denies the averments contained in Paragraph 9.

10.    Defendant denies the averments contained in Paragraph 10.

11.    Defendant denies the averments contained in Paragraph 11.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

DEFENDANT'S ANSWER TO FIRST
AMENDED COMPLAINT
FIRMWIDE:85819933.1 015331.1169

1.

Case No. 08cv0842-JM (BLM)

12.    Defendant incorporates its responses to Paragraphs 1 through 11.

13.    Defendant admits that Pitney Bowes Software Inc. currently employs Plaintiff as Managing Director of Sales.  Defendant admits that Pitney Bowes Software Inc. provides innovative software solutions that help more than 3,000 organizations maximize the value of customer data to improve profitability, increase effectiveness, strengthen customer relationships and streamline mailroom operations.  Except as expressly admitted, Defendant denies the remaining averments contained in Paragraph 13.

14.    Defendant admits that Plaintiff worked for Group 1 Software, Inc. in 2007.  Except as expressly admitted, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining averments contained in Paragraph 14, and on that basis denies such averments.

15.    Defendant denies the averments contained in Paragraph 15.

16.    Defendant incorporates its responses to Paragraphs 1 through 15.

17.    Defendant admits that Plaintiff was paid a salary in 2007.  Except as expressly admitted, Defendant denies the remaining averments contained in Paragraph 17.

18.    Defendant denies the averments contained in Paragraph 18.

19.    Defendant denies the averments contained in Paragraph 19.

20.    Defendant denies the averments contained in Paragraph 20.

21.    Defendant denies the averments contained in Paragraph 21.

22.    Defendant admits that during 2007, Group 1 Software, Inc.'s payroll department sent documents to Plaintiff.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of whether Plaintiff reviewed such documents, and on that basis denies this averment. Except as expressly admitted, Defendant denies the remaining averments contained in Paragraph 22.

23.    Defendant admits that in February 2008, Group 1 Software, Inc. paid Plaintiff $79,523.38, and Plaintiff inquired with Group 1 Software, Inc. about the amount of this payment. Except as expressly admitted, Defendant denies the remaining averments contained in Paragraph 23.

24.    Defendant denies the averments contained in Paragraph 24.

25.    Defendant incorporates its responses to Paragraph 1 through 24.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

DEFENDANT'S ANSWER TO FIRST
AMENDED COMPLAINT
FIRMWIDE:85819933.1 015331.1169

2.

Case No. 08cv0842-JM (BLM)

1    26.    Defendant denies the averments contained in Paragraph 26.

2    27.    Defendant denies the averments contained in Paragraph 27.

3    28.    Defendant denies the averments contained in Paragraph 28.

4    29.    Defendant denies the averments contained in Paragraph 29.

5    30.    Defendant denies the averments contained in Paragraph 30.

6    31.    Defendant denies the averments contained in Paragraph 31.

7    32.    Defendant denies the averments contained in Paragraph 32.

8    33.    Defendant incorporates its responses to Paragraph 1 through 32.

9    34.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of
10  the averments contained in Paragraph 34, and on that basis denies such averments.

11    35.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of
12  the averments contained in Paragraph 35, and on that basis denies such averments.

13    36.    Defendant denies the averments contained in Paragraph 36.

14    37.    Defendant denies the averments contained in Paragraph 37.

15    38.    Defendant incorporates its responses to Paragraph 1 through 37.

16    39.    Defendant denies the averments contained in Paragraph 39.

17    40.    Defendant denies the averments contained in Paragraph 40.

18    41.    Defendant denies the averments contained in Paragraph 41.

19    42.    Defendant denies the averments contained in Paragraph 42.

20    43.    Defendant incorporates its responses to Paragraph 1 through 42.

21    44.    Defendant denies the averments contained in Paragraph 44.

22    45.    Defendant denies the averments contained in Paragraph 45.

23    46.    Defendant denies the averments contained in Paragraph 46.

### AFFIRMATIVE DEFENSES

25    By asserting these defenses, Defendant does not concede that it has the burden of proof as to
26  any defense asserted below.  Defendant does not presently know all of the facts concerning the
27  conduct of Plaintiff sufficient to state all defenses at this time.  Defendant will seek leave of Court to
28  amend this Answer should it later discover facts demonstrating the existence of additional defenses.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

DEFENDANT'S ANSWER TO FIRST
AMENDED COMPLAINT    3.    Case No. 08cv0842-JM (BLM)
FIRMWIDE:85819933.1 015331.1169

1

## FIRST AFFIRMATIVE DEFENSE

2       1.     Defendant alleges that the First Amended Complaint and each claim for relief alleged

3 therein fails to state facts sufficient to constitute a claim for relief.

4

## SECOND AFFIRMATIVE DEFENSE

5       2.     Defendant alleges that Plaintiff has waived all rights to assert any claims against

6 Defendant.

7

## THIRD AFFIRMATIVE DEFENSE

8       3.     Defendant alleges that the First Amended Complaint and each claim for relief alleged

9 therein are barred by the doctrine of estoppel.

10

## FOURTH AFFIRMATIVE DEFENSE

11      4.     Defendant alleges that the First Amended Complaint and each claim for relief alleged

12 therein are barred by the doctrine of unclean hands.

13

## FIFTH AFFIRMATIVE DEFENSE

14      5.     Defendant alleges that the First Amended Complaint and each claim for relief alleged

15 therein are barred by the doctrine of consent.

16

## SIXTH AFFIRMATIVE DEFENSE

17      6.     Defendant alleges that the First Amended Complaint and each claim for relief alleged

18 therein are barred by the applicable statute of limitations, including without limitation California

19 Code of Civil Procedure Sections 335.1, 337(1), 338(d) and 339(1).

20

## SEVENTH AFFIRMATIVE DEFENSE

21      7.     Defendant alleges, without admitting to the existence of any duties or obligations as

22 alleged in the First Amended Complaint, that any duty or obligation, contractual or otherwise, which

23 Plaintiff claims is owed by Defendant, has been fully performed, satisfied, or discharged.

24

## EIGHTH AFFIRMATIVE DEFENSE

25      8.     Defendant alleges that Plaintiff's claims are unreasonable, and/or were filed in bad

26 faith and/or are frivolous and, for that reason, justify an award of attorneys' fees and costs against

27 Plaintiff and his attorneys.

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

DEFENDANT'S ANSWER TO FIRST
AMENDED COMPLAINT
FIRMWIDE:85819933.1 015331.1169

4.

Case No. 08cv0842-JM (BLM)

**NINTH AFFIRMATIVE DEFENSE**

9.    Defendant alleges that the First Amended Complaint and each claim for relief contained therein is barred because any damages Plaintiff has allegedly suffered as a result of any conduct by Defendant should be reduced or eliminated by the doctrine of setoff by the amount that Defendant has been damaged by Plaintiff's breach of any alleged contract, if any, between the parties.

**TENTH AFFIRMATIVE DEFENSE**

10.    Defendant alleges that if the parties entered into any contracts, obligations or agreements, as alleged in the First Amended Complaint, any duty or performance by Defendant is excused by reason of Plaintiff's breach of contractual terms, failure to perform conditions precedent, impossibility of performance, prevention of performance and/or acceptance.

**ELEVENTH AFFIRMATIVE DEFENSE**

11.    Defendant alleges that any oral agreement alleged to have been breached was in violation of the statute of frauds and was, therefore, unenforceable.

**TWELFTH AFFIRMATIVE DEFENSE**

12.    Defendant alleges that Plaintiff has been paid in full all amounts owed to him.

**THIRTEENTH AFFIRMATIVE DEFENSE**

13.    Defendant alleges that the First Amended Complaint and each claim for relief alleged therein is barred by the doctrine of mistake of fact.

**FOURTEENTH AFFIRMATIVE DEFENSE**

14.    Defendant alleges that the First Amended Complaint and each claim for relief alleged therein is barred by the doctrine of fraud.

**FIFTEENTH AFFIRMATIVE DEFENSE**

15.    Defendant alleges that if Plaintiff has suffered any emotional distress, which Defendant denies, such emotional distress was proximately caused by factors other than Plaintiff's employment, the actions of Defendant or anyone acting on Defendant's behalf, or either of these.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

DEFENDANT'S ANSWER TO FIRST
AMENDED COMPLAINT
FIRMWIDE:85819933.1 015331.1169

5.

Case No. 08cv0842-JM (BLM)

1

## SIXTEENTH AFFIRMATIVE DEFENSE

2      16.    Defendant alleges that if Plaintiff suffered any emotional distress, which Defendant

3  denies, Plaintiff contributed to his own distress and, by reason of his contribution, any remedy to

4  which he might otherwise be entitled must be denied or reduced accordingly.

5

## SEVENTEENTH AFFIRMATIVE DEFENSE

6      17.    Defendant alleges that Plaintiff is not entitled to recover any punitive damages

7  because the imposition of such damages constitutes a violation of Defendant's due process rights

8  under the United States and/or California Constitutions.

9

## EIGHTEENTH AFFIRMATIVE DEFENSE

10      18.    Defendant alleges that Plaintiff's claims are unreasonable, and/or were filed in bad

11  faith and/or are frivolous and, for that reason, justify an award of attorneys' fees and costs against

12  Plaintiff and his attorneys.

13

## NINETEENTH AFFIRMATIVE DEFENSE

14      19.    Defendant alleges that the First Amended Complaint and each claim for relief alleged

15  therein cannot be maintained against Defendant because Plaintiff has failed to plead his claim with

16  particularity.

17

## TWENTIETH AFFIRMATIVE DEFENSE

18      20.    Defendant alleges that Plaintiff's request for special damages is barred for failure to

19  allege them with specificity.

20

## TWENTY-FIRST AFFIRMATIVE DEFENSE

21      21.    Defendant alleges that the First Amended Complaint and each claim for relief alleged

22  therein seeking damages for emotional and/or physical injury are preempted and barred by the

23  exclusive remedy provisions of the California Workers' Compensation Act, California Labor Code

24  section 3600, et seq., and Section 132a of the California Labor Code, in that:  (1) the injuries

25  complained of occurred when both Plaintiff and Defendant were subject to California Labor Code

26  sections 3600-3601; (2) at the time of the alleged injuries, Plaintiff was performing services

27  incidental to his employment and was acting within the course and scope of his employment; and

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

DEFENDANT'S ANSWER TO FIRST
AMENDED COMPLAINT                     6.                  Case No. 08cv0842-JM (BLM)
FIRMWIDE:85819933.1 015331.1169

(3) Plaintiff alleges that the injuries were caused by his employment, and accordingly, this Court lacks subject matter jurisdiction over said claims.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

22.    Defendant alleges that the First Amended Complaint and each claim for relief alleged therein are barred in whole or in part, by the failure or refusal of Plaintiff to timely and completely utilize the complaint procedure established by Defendant, including but not limited to Defendant's arbitration procedure, which was at all times available and applicable to Plaintiff.

**TWENTY-THIRD AFFIRMATIVE DEFENSE**

23.    Defendant alleges that the First Amended Complaint and each claim for relief alleged therein are barred on the ground that there exists written agreements between Plaintiff and Defendant to submit any and all employment-related claims to final and binding arbitration, and that each and every claim for relief alleged in the First Amended Complaint is subject to final and binding arbitration in accordance with the terms of said written agreements.

**TWENTY-FOURTH AFFIRMATIVE DEFENSE**

24.    Defendant alleges that the First Amended Complaint and each claim for relief alleged therein are barred on the ground that Defendant's arbitration agreements in effect at all relevant times herein provided for and require final and binding arbitration of any and all employment-related claims; that each and every claim for relief alleged in the First Amended Complaint is subject to final and binding arbitration under the terms of said arbitration agreements; and that Plaintiff is required to submit the claims for relief alleged in the First Amended Complaint to final and binding arbitration in accordance with the terms of said arbitration agreements, as he acknowledged and agreed in writing and/or as a condition of his employment by Defendant.

**TWENTY-FIFTH AFFIRMATIVE DEFENSE**

25.    Defendant alleges that the First Amended Complaint does not describe the claims or facts being alleged with sufficient particularity to permit Defendant to ascertain what other defenses may exist.  Defendant will rely on any and all further defenses that become available or appear during discovery in this action and specifically reserves the right to amend this Answer for purposes of asserting such additional defenses.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA  92614
949.705.3000

DEFENDANT'S ANSWER TO FIRST
AMENDED COMPLAINT
FIRMWIDE:85819933.1 015331.1169                7.                Case No. 08cv0842-JM (BLM)

1    WHEREFORE, Defendant prays that:

2    1.    The First Amended Complaint be dismissed in its entirety with prejudice;

3    2.    Plaintiff takes nothing by way of his First Amended Complaint;

4    3.    Defendant be awarded judgment in its favor and against Plaintiff;

5    4.    Defendant be awarded its attorneys' and expert fees and costs of suit herein, to the

6    extent permitted by applicable law; and

7    5.    The Court grant Defendant such other and further relief as it deems just and proper.

8

9    Dated: July 14, 2008

10

11                                                  /s/ Maria R. Harrington
                                                    FERMIN H. LLAGUNO
12                                                  MARIA R. HARRINGTON
                                                    LITTLER MENDELSON
13                                                  A Professional Corporation
                                                    Attorneys for Defendant
14                                                  PITNEY BOWES INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

DEFENDANT'S ANSWER TO FIRST
AMENDED COMPLAINT          8.          Case No. 08cv0842-JM (BLM)
FIRMWIDE:85819933.1 015331.1169