1  FERMIN H. LLAGUNO, Bar No. 185222
   MARIA R. HARRINGTON, Bar No. 201901
2  LITTLER MENDELSON
   A Professional Corporation
3  2050 Main Street
   Suite 900
4  Irvine, CA  92614
   Telephone:    949.705.3000
5  Facsimile:    949.724.1201

6  Attorneys for Defendant
   PITNEY BOWES INC.
7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

| 10 | JOHN C. SIEGMAN, an individual, | Case No.  08cv0842-JM (BLM) |
|---|---|---|
| 11 | Plaintiff, | **CERTIFICATE OF SERVICE OF DEFENDANT PITNEY BOWES INC.'S ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES** |
| 12 | v. | |
| 13 | PITNEY BOWES INC., a Delaware corporation doing business as Pitney Bowes Group 1 Software, and DOES 1 through 20, inclusive, | |
| 14 | | |
| 15 | | |
| 16 | Defendants. | |

17
18
19
20
21
22
23
24
25
26
27
28

LITTLER MENDELSON
A Professional Corporation
2050 Main Street
Suite 900
Irvine, CA  92614
949.705.3000

DEFENDANT'S ANSWER TO FIRST
AMENDED COMPLAINT
FIRMWIDE:85910852.1 015331.1169

Case No. 08cv0842-JM (BLM)

1   I am a resident of the State of California, over the age of eighteen years, and not a party to
2   the within action. I am a member of the bar of this court. My business address is 2050 Main Street,
3   Suite 900, Irvine, California 92614. On July 14, 2008, I served the following document:
4   DEFENDANT PITNEY BOWES INC.'S ANSWER TO FIRST AMENDED
5   COMPLAINT FOR DAMAGES
6   by following the procedures for electronic filing with this Court thereby causing electronic service
7   on the parties listed below:

| Charles F. Walker, Esq.<br>BRUCKNER & WALKER LLP<br><br>cfw1234@aol.com | Attorneys for Plaintiff<br>JOHN C. SIEGMAN<br><br>Telephone: 858.565.8300<br>Facsimile: 858.565.0813 |
|---|---|

Executed on July 14, 2008, at Irvine, California.

s/ Maria R. Harrington
Maria R. Harrington

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

Firmwide:85910852.1 015331.1169     2     Case No. 07-cv-0064 IEG (WMc)
AMENDED PROOF OF SERVICE