UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN T. SIEGMAN, an individual, ) | Case No. 08cv842-JM (BLM) |
| ) | |
| Plaintiff, ) | **ORDER RESETTING TRIAL DATE** |
| v. ) | |
| ) | |
| PITNEY BOWES, INC., a Delaware ) | |
| corporation doing business as ) | |
| Pitney Bowes Group 1 Software, ) | |
| and DOES 1 through 20, ) | |
| inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |

On July 24, 2008, this Court issued an order setting the trial date in the above case for September 11, 2009 at 10:00 a.m.  Doc. No. 16. That date is hereby **RESET**, and trial is scheduled to commence on **September 14, 2009** at **10:00 a.m.**  All other dates and deadlines remain as previously scheduled.

**IT IS SO ORDERED**

DATED: July 25, 2008

BARBARA L. MAJOR
United States Magistrate Judge

08cv842-JM (BLM)

COPY TO:

HONORABLE JEFFREY T. MILLER
U.S. DISTRICT JUDGE

ALL COUNSEL