UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. SIEGMAN,<br><br>             Plaintiff,<br>v.<br><br>PITNEY BOWES, INC.,<br><br>             Defendant. | Case No. 08cv842-BLM<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND OF PLAINTIFF'S COMPLAINT IN ITS ENTIRETY**<br><br>[Fed. R. Civ. P. 41(a)(2)] |

**IT IS HEREBY ORDERED**, pursuant to the parties' joint motions to dismiss, Doc. Nos. 22 & 23, that Defendant PITNEY BOWES, INC. is dismissed with prejudice and Plaintiff's Complaint is dismissed with prejudice in its entirety. Pursuant to the consent form signed by the parties, Doc. No. 20, Magistrate Judge Barbara L. Major shall retain jurisdiction over disputes arising from the settlement agreement until no later than October 16, 2009.

**IT IS SO ORDERED.**

DATED: August 3, 2009

*Barbara L. Major*
BARBARA L. MAJOR
United States Magistrate Judge